CECIL HOOKE, Respondent, v. PETROLEUM HEAT & POWER COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See *post*, p. 835.]

DARIO L. TOFFENETTI et al., Appellants, v. NEW YORK STATE LABOR RELATIONS BOARD et al., Respondents.— Judgment and order ·unanimously affirmed, with costs to the respondent New York State Labor Relations Board. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

DOROTHY L. RODGERS, as Administratrix of the Estate of JERRY LIPMAN, Deceased, Appellant, v. BENJAMIN KAHN et al., Individually and as Copartners Doing Business under the Name of LAWRENCE PRODUCTS COMPANY, Respondents. — Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Cohn and Callahan, JJ., dissent and vote to modify by denying motion to dismiss the fourth cause of action. Settle order on notice. [See *post*, p. 842.]

WILLIAM BEATUS, INC., Respondent-Appellant, v. MAX H. GLUCK, Appellant-Respondent.— Judgment so far as appealed from unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Dore and Callahan, JJ. [See *post*, p. 819.]

SOPHIE B. LANS et al., as Trustees under the Will of GEDALE BOB, Deceased, Respondents, v. ELINORE B. BASKIND, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the. Accounting of ETTA E. ROCKWELL et al., as Administratrices with the Will Annexed of ANNETTE M. SCHULT, Deceased, Respondents. ETTA E. ROCKWELL, Appellant; HENRY A. SCHULT et al., Respondents.— Decree so far as appealed from unanimously affirmed, with costs to the respondents Henry Arthur Schult and Harry E. O'Donnell, special guardian of Annette Schult, an infant respondent, payable out of the estate. No opinion. Present — Martin, .P. J., Townley, Dore, Cohn and Callahan, JJ.

OAKDALE CONTRACTING COMPANY, INC., Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See *ante*, p. 937.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 139 EAST 35TH STREET, INC., Appellant-Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [139 E. 35th St., Borough of Manhattan.] — Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOSEPH E. MICHEL, as Administrator of the Estate of CECILE ARNTS, Deceased, et al., Respondents, v. WILSON & CO., INC., et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK ESPOSITO, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted on the authority of *People* v. *Richardson* (287 N. Y. 563), *People* v. *Soshtain* (288 N. Y. 658), *People* v. *Marra* (289 N. Y. 703) and *People* v. *Carpenito* (292 N. Y. 498). Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of ISAAC KLEIN, Appellant, for an Order Directing ARTHUR A. KLOTZ, an Attorney, Respondent, to Deliver to the Petitioner Certain Records, Agreements, Papers and Money Received by Him as Attorney.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.